IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KIMBERLY MERILUS,

    Plaintiff,

v.

Case No. 8:22-cv-02415-WFJ-JSS

MCKIBBON HOSPITALITY, LLC,
and NF IV – VA SSCI TAMPA CD,
LLC,

    Defendants.
_____/

## ORDER GRANTING DISMISSAL

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ORDERED AND ADJUDGED that the above-captioned action be dismissed with prejudice as to all claims of the Parties, with each agreeing to be responsible for their respective fees and costs.

**ORDERED and ADJUDGED** in Tampa, Florida this 30th day of June 2023.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

*Copies Furnished to All Counsel of Record*